

# THE THIRTEENTH COURT OF APPEALS

13-15-00307-CV

Alan L. Hamilton, Individually and as Successor Trustee of the Hamilton Family Trust, and as Independent Executor of the Estate of Maurine P. Hamilton

v.

Daniel Davila, III

On appeal from the
353rd District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-001230

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion.

We further order this decision certified below for observance.

October 15, 2015.